Tammy M. STONE, Plaintiff–
Appellant,

v.

Donna Kay MURPHY, Defendant–
Appellee.

No. 03–2501.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2004.

Decided: Oct. 21, 2004.

Tammy M. Stone, Appellant pro se.

Before WIDENER, WILLIAMS, and
DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Tammy M. Stone appeals the district
court's order accepting the recommendation of the magistrate judge denying her

civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stone v. Murphy,* No. CA–03–2241–2 (S.D.W.Va. Nov. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*